**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | 19-30365 |
| | ) | |
| **Corinne Vergo,** | ) | Chapter 13 |
| | ) | |
| **Debtor(s).** | ) | Judge A. Benjamin Goldgar |

**NOTICE OF MOTION**

TO: See attached Service List

    PLEASE TAKE NOTICE that on December 11, 2020, at 9:30 am, or as soon thereafter as counsel may be heard, I shall appear before the Honorable A. Benjamin Goldgar, or any other judge sitting in that judge's place, and present the Debtor's **Motion to Modify Plan**, a copy of which is attached.

    **This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

    **To appear by video,** use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

    **To appear by telephone,** call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

    **Meeting ID and password.** The meeting ID for this hearing is **160 817 7512** and the password is **623389**. The meeting ID and password can also be found on the judge's page on the court's web site.

    **If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

    Corrine Vergo, Debtor

    By:   /s/ John J. Ellmann

John J. Ellmann, Attorney for the Debtor(s)
DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive, Wheeling, IL 60090
847/ 520-8100
davidsiegelbk@gmail.com

## CERTIFICATE OF SERVICE

    I, John Ellmann, Attorney for the Debtor(s), certify that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on November 20, 2020, at or before 5:00 pm.

                                              /s/ John J. Ellmann

## SERVICE LIST

*To the following persons or entities who were served electronically by the Bankruptcy Court:*

Glenn Stearns, Ch. 13 Trustee: mcguckin_m@lisle13.com

*To the following persons or entities who were served via regular U.S. Mail:*

Corinne Vergo
2406 W. Ridgeland Ave.
Waukegan, IL  60085

T Mobile/T-Mobile USA Inc.
by American InfoSource as agent
4515 N. Santa Fe Ave
Oklahoma City, OK 73118

AmeriCredit Financial Services, Inc.
d/b/a GM Financial
P.O Box 183853
Arlington, TX 76096

Illinois Tollway
PO Box 5544
Chicago, IL 60680

Premier Bankcard, LLC
Jefferson Capital Systems LLC Assignee
PO Box 7999
Saint Cloud MN 56302-9617

Commonwealth Edison Company
ComEd Bankruptcy Department
1919 Swift Drive
Oak Brook, IL 60523

A-Major Music Inc.
Certified Services INC
PO Box 177
Waukegan, Il 60079

Asha Gandhi MD SC
Certified Services INC
PO Box 177
Waukegan, Il 60079

Pendrick Capital Partners, LLC
Peritus Portfolio Services II, LLC
PO BOX 141419
IRVING, TX 75014-1419

Verizon
by American InfoSource as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118

AT&T Mobility II LLC
%AT&T SERVICES INC.
KAREN A. CAVAGNARO PARALEGAL
ONE AT&T WAY, SUITE 3A104
BEDMINSTER, NJ 07921

Opportunity Financial, LLC
130 E. Randolph Street
Suite 3400
Chicago, IL 60601

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | 19-30365 |
| | ) | |
| Corinne Vergo, | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | Judge A. Benjamin Goldgar |

### MOTION TO MODIFY PLAN

NOW COMES the Debtor, by and through her attorneys, David M. Siegel & Associates, LLC, and in support of this Motion states as follows:

1. Jurisdiction is proper and venue is fixed in this Court with respect to these parties.

2. On October 25, 2019, the Debtor filed a voluntary petition for relief pursuant to Chapter 13 under Title 11 USC, Glenn Stearns was appointed trustee, and the plan was confirmed on January 31, 2020.

3. The Debtor fell behind in her Trustee payments and couldn't catch up because she lost her job due to the COVID-19 pandemic and her income decreased.

4. The Debtor has a new job and her income is returning to normal. She can make payments to the Trustee now, but cannot cure the default.

5. The Debtor proposes to amend her chapter 13 plan pursuant to 11 U.S.C. §1329 and per the Coronavirus Aid, Relief and Economic Security (CARES) Act to defer the payment default to the end of the plan. The Debtor makes this proposal in good faith and with the intention of completing her chapter 13 plan.

6. Deferring the payment default will not cause the confirmed chapter 13 plan to run longer than 84 months.

WHEREFORE the Debtor prays this Honorable Court enter an order modifying the plan and for other such relief as this Court deems just and proper.

Respectfully Submitted,

_____/s/ John J. Ellmann_____

John J. Ellmann A.R.D.C. #6257894
Attorney for the Debtors

DAVID M. SIEGEL & ASSOCIATES, LLC
Attorneys for the Debtor(s)
790 Chaddick Drive
Wheeling, IL  60090
847/ 520-810