UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Corinne Vergo,<br><br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 19-30365<br><br>Chapter: 13<br>Honorable A. Benjamin Goldgar<br>Lake County |

### ORDER GRANTING MOTION TO MODIFY PLAN

THIS MATTER coming to be heard on the motion of the Debtor to modify plan, due notice having been given, and the court being fully advised in the premises, IT IS HEREBY ORDERED:

1. The motion is GRANTED.

2. The current default is deferred to the end of the plan.

3. The plan term is extended beyond 60 months under the CARES Act.

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated:  February 19, 2021

**Prepared by:**

John J. Ellmann
DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive
Wheeling, IL  60090
847/ 520-8100